## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Jonathan W. Snow, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1.    I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May 2016. I am currently assigned to the San Juan Division's Violent Crimes and Major Offenders Task Force. I completed basic investigative training at the FBI Academy, FBI Safe Streets Gang training provided by the FBI and Money Laundering and Asset Forfeiture training provided by the Department of Justice. I have experience in physical surveillance, debriefing defendants, witnesses, informants and other individuals who have knowledge of violations of federal laws. I have experience in undercover operations, executing search warrants, consensual monitoring and recording conversations, court authorized interception of both wire and electronic communications and handling of evidence.

3.    During my time as a Special Agent, I have investigated numerous violations of federal statutes to include illegal drug possession/distribution and violations of laws involving Federal Correctional Institutions. I have been the case agent, co-case agent and administrative agent on Title-III investigations which led to arrests and convictions of subjects for drug distribution as well as seizures of illegal drugs, weapons, and assets involved in drug trafficking. I have been the affiant on search warrants that have resulted in the seizure of

1

illegal drugs, firearms and evidence of drug violations. I have supervised activities of confidential human sources who have provided information and assistance in federal prosecution. I am aware that persons involved in the illicit distribution of controlled substances routinely attempt to conceal their identities as well as the locations at which drug transactions occur. These people are also known to have vehicles, properties, utilities, and other items purchased in the names of others in order to conceal the association of drug activities with financial transactions.

4. Based on my training and experience and the facts set forth below in this affidavit, there is probable cause to believe **Jan Carlos Correa Tavarez** violated Title 18 U.S.C. §§ 1791(a)(1) and (b)(3) (Proving or Possessing Contraband in Prison). This affidavit is not intended to provide all the facts that are known to agents related to this investigation.

## FACTS SUPPORTING PROBABLE CAUSE

5. On June 27, 2026, **Jan Carlos Correa Tavarez (Correa Tavarez)** entered the Metropolitan Detention Center in Guaynabo (MDC) to visit his uncle, inmate Wesley Correa López (Correa López). When he entered MDC, **Correa Tavarez** brought with him his Toyota car key and his driver's license.

6. While inside MDC, at approximately 12:22 p.m., **Correa Tavarez** was seated in the visitation area across from Correa López. In between **Correa Tavarez** and Correa López was a small table which had snacks and beverages on it, to include at least two bags of chips or similarly packaged snacks. During the visit **Correa Tavarez** reached into the front area of his pants and removed a black package. **Correa Tavarez** then placed the black package into the chip bag and placed the bag on the table between him and Correa López.

2



Above, in the still image from the video recording, **Correa Tavarez** is on the left. He has his right hand inside the front of his pants to retrieve the black package.



Above, in the still image from the video recording, **Correa Tavarez** is placing the black package into a chip bag.

7.      At approximately 12:47 p.m., Correa López retrieved the chip bag that **Correa Tavarez** placed on the table and removed the black package.



Above, in the still image from the video recording, the black package can be observed in Correa López's right hand.

8.      Correa López then attempts to place the black package into the front of his pants. During this time Correa López appears to be looking around to see where the prison guards are located.



Above, in the still image from the video recording, Correa López is attempting to place the black package into the front of his pants.

9.      Soon after Correa López attempted to conceal the black package. A prison guard observed that Correa López was acting in a suspicious manner. The prison guard informed another prison guard about the suspicious behavior of **Correa Tavarez** and Correa López. The second prison guard approached Correa López, requested that he stand and directed him away from the visitor's area.

10.     When Correa López stood, the black package fell from Correa López's

4

hand and onto the table. One prison guard retrieved a bin from the table which contained the black package.



Above, in the two sequential still image from the video recording, Correa López has the black package in his right hand, then he drops the package onto the table as a prison guard is directing him out of the area.



The above photograph is of the black package that was retrieved by the prison guards.

11.    The black package that **Correa Tavarez** gave to Correa Lopez contained 356 strips of Suboxone. **Correa Tavarez**, contrary to 28 C.F.R. §§ 553.12 and 500.1(h), provided Suboxone strips to an inmate housed at MDC, a Federal detention facility.

12.    Based on the facts set forth above, there is probable cause to believe that **Jan Carlos Correa Tavarez** committed a violation of Title 18 U.S.C. § 1791(a)(1) and (b)(3) (Proving or Possessing Contraband in Prison).

I declare under penalty of perjury that the information contained in this Affidavit is true and correct to best of my knowledge.

Jonathan W. Snow
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:45 a.m. on the 28th day of June 2026.

Hon. Giselle López Soler
U.S. Magistrate Judge
District of Puerto Rico

6